# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAMES F. CORCORAN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | Civil No. 11-11001-FDS |
| STEVEN J. O'BRIEN, | ) ) ) | |
| Respondent. | ) ) ) | |

## ORDER

**SAYLOR, J.**

This Court has reviewed Magistrate Judge Judith G. Dein's Report and Recommendation, and the parties have indicated that they do not intend to file any objections. After consideration and review, this Court ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth therein, petitioner James Corcoran's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 14, 2014                              United States District Judge